## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No: 21-cr-640 (TFH)** |
|  | : |  |
|  | : |  |
|  | : | **40 U.S.C. § 5104(e)(2)(G)** |
|  | : |  |
| **v.** | : |  |
|  | : |  |
| **DARRELL ALAN YOUNGERS,** | : |  |
|  | : |  |
| **Defendant.** | : |  |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Darrell Alan YOUNGERS, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint

session, elected members of the United States House of Representatives and the United States
Senate were meeting in separate chambers of the United States Capitol to certify the vote count
of the Electoral College of the 2020 Presidential Election, which had taken place on November
3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by
approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a
particular objection.  Vice President Mike Pence was present and presiding, first in the joint
session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice
President Pence present and presiding over the Senate, a large crowd gathered outside the U.S.
Capitol. As noted above, temporary and permanent barricades were in place around the exterior
of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the
crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way
through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd
advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter
or remain in the building and, prior to entering the building, no members of the crowd submitted
to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized
security officials.

6.      At such time, the certification proceedings were still underway and the exterior
doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S.
Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;
however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol,
including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S.

Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States

House of Representatives and United States Senate, including the President of the Senate, Vice

President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all

proceedings of the United States Congress, including the joint session, were effectively

suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances

caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who

had entered the U.S. Capitol without any security screening or weapons check, Congressional

proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol,

and the building had been confirmed secured.  The proceedings resumed at approximately 8:00

p.m. after the building had been secured.  Vice President Pence remained in the United States

Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *YOUNGERS' Participation in the January 6, 2021, Capitol Riot*

8.      YOUNGERS traveled from Texas to Washington, D.C. to attend the "Save

America" rally.  He then proceeded to the U.S. Capitol.

9.      On January 6, YOUNGERS, in Washington, D.C., YOUNGERS first met George

Tenney.

10.     Before entering the Capitol, Youngers observed, "people have just stormed the

front of the Capitol building, through tear gas…people aren't supposed to be up there, but

they're there."

11.     YOUNGERS and George Tenney entered the U.S. Capitol Building through the

Senate Wing Doors at approximately 2:19 p.m.  Once inside the Capitol Building, an alarm was

audible.  YOUNGERS said, "We are inside the Capitol Building.  It has been overrun...The Capitol Building has literally been broken in to…this is what a revolution motherfucking looks like."

12.     YOUNGERS and Tenney proceeded to the area inside the Rotunda Doors. Tenney tried to force open the Rotunda Doors to allow more rioters to enter the Capitol, and he had contact with multiple federal employees in the course of doing so.  Tenney and others succeeded in getting the Rotunda Doors open, allowing others  to enter the Capitol.

13.     YOUNGERS and Tenney eventually moved into the Rotunda.  Before leaving the area of the Rotunda Doors, YOUNGERS said, "Two stories.  Two floors.  Multiple doors.  The Capitol Building's been breached."   YOUNGERS and Tenney retreated to the Rotunda and made their way to the area near Senate Wing Doors, exiting the Capitol Building through a window at approximately 2:32 p.m.

14.     That evening, YOUNGERS gave an interview from a hotel room with Tenney and William Robert Norwood III, where they wore masks and head coverings to conceal their identities.

15.     The defendant knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building and the defendant paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:     /s/ Alexis J. Loeb
        Alexis J. Loeb
        Assistant United States Attorney
        Detailee

## DEFENDANT'S ACKNOWLEDGMENT

I, Darrell Alan Youngers, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 3/22/22

Darrell Alan Youngers
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3/22/2022

Alex Rosa Omar-Ambert
Attorney for Defendant