# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. **DARRELL ALAN YOUNGERS** Defendant | **USDC Case: 21-0640(TFH)** |

## MOTION TO MODIFY REQUEST TO TRAVEL GRANTED AT DOCKET ENTRY 88

**COMES NOW** defendant **Darrell Youngers,** and through the undersigned counsel who, very respectfully **STATES and PRAYS** as follows:

1. On November 13th, 2024, Mr. Youngers moved this Honorable Court for authorization to travel to Colombia. *See DE 87*.

2. This Honorable Court granted the travel request, including the proposed flight schedule; from December 12th, 2024 to January 12th, 2025. *See DE 88*.

3. Mr. Youngers and his wife sought to acquire flights within the limits provided by this Honorable Court, but were unable to secure them within those limits.

1

4.  As a result, the undersigned pleads that this Honorable Court modify the scheduling set forth in Docket Entry 88 to allow the Youngers to travel from December 12th, 2024, until January 15th, 2025.

5.  The rest of the travel plans discussed in Docket entry 87 remain unaltered.

6.  The undersigned discussed the proposed schedule change with Assistant U.S. Attorney Gregory Rosen, who expressed no objection to our request,

7.  Mr. Youngers also notifies that he will abide to any additional conditions that this Honorable Court deems appropriate to set to secure he does not constitute a risk of flight whilst he travels with his wife during the holiday season.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and grant the remedy requested.

**RESPECTFULLY SUBMITTED.**

PHILIP G. GALLAGHER
Interim Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

**By /s/ Alex Omar Rosa-Ambert**
ALEX OMAR ROSA-AMBERT
Puerto Rico State Bar ID No. 15048
Southern District of Texas No. 3644073
Assistant Federal Public Defender
440 Louisiana, Suite 1350
Houston, Texas 77002-1056
Telephone: 713.718.4600
Fax: 713.718.4610
alex_rosa-ambert@fd.org

## **CERTIFICATE OF SERVICE**

I certify that on November 22, 2024, a copy of the foregoing was served by Notification of Electronic Filing to all the parties of record.

/s/ Alex Rosa-Ambert
ALEX ROSA-AMBERT