# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. **DARRELL ALAN YOUNGERS** Defendant | **USDC Case: 21-0640(TFH)** |

### UNOPOSSED MOTION TO TERMINATE PROBATION

**COMES NOW** defendant **Darrell Youngers,** and through the undersigned counsel who, very respectfully **STATES and PRAYS** as follows:

1. The undersigned attorney was appointed on June 29th, 2021, on the Southern District of Texas to represent the defendant before this Honorable Court.

2. Mr. Youngers was sentenced on September 8th, 2022, to a probationary term of 36 months. *See DE 64.*

3. To date, Mr. Youngers has complied with all the conditions of both his pretrial release and his probationary period. Furthermore, Mr. Youngers has no outstanding restitution obligations, fines, or charges.

4. On January 20th, 2025, the President of the United States issued a presidential action titled "Granting Pardons and Commutation of Sentences for certain offenses relating to the events at or near The United States Capitol on January 6, 2021."

5. Mr. Youngers count of conviction is related to his entry into the Capitol Building on January 6th, 2021. Thus, he is subject to the pardon issued in the presidential action mentioned herein.

6. As a result, Mr. Youngers reached out to Katia Hernandez, U.S. Probation Officer in charge of his post judgment supervision on January 22nd, 2025, to verify the status of his supervision, or whether he was released from his probationary term.

7. His probation officer replied that she had not received any instructions to release him from his conditions of probation.

8. As a result, the undersigned contacted Assistant United States Attorney Gregory Rosen, to assess the Government's position on the defendant's inquiry into his probation status.

9. Mr. Rosen believes that the pardon releases Mr. Youngers from his post judgment obligations, including those related to probation.

10. Accordingly, Mr. Youngers moves this Honorable Court to release him from the remainer of his probation term, pursuant to the presidential action for individuals processed for the January 6th, 2021 incident at the Capitol Building.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and grant the remedy requested.

**RESPECTFULLY SUBMITTED.**

    Respectfully submitted,

    PHILIP G. GALLAGHER
    Interim Federal Public Defender
    Southern District of Texas No. 566458
    New Jersey State Bar No. 2320341

    **By /s/ Alex Omar Rosa-Ambert**
    ALEX OMAR ROSA-AMBERT
    Puerto Rico State Bar ID No. 15048
    Southern District of Texas No. 3644073
    Assistant Federal Public Defender
    440 Louisiana, Suite 1350
    Houston, Texas 77002-1056
    Telephone: 713.718.4600
    Fax: 713.718.4610
    alex_rosa-ambert@fd.org

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2025, a copy of the foregoing was served by Notification of Electronic Filing to all the parties of record.

    /s/ Alex Rosa-Ambert
    ALEX ROSA-AMBERT